UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24513-CIV-MORENO

HANNAH GORMAN, individually and on
behalf of her minor child L.T.G.,

       Plaintiff,

vs.

BREEZE CONDOMINIUM ASSOCIATION,
INC., NAUTICA MANAGEMENT, LLC, and
RICHARD MULLER,

       Defendants.
_____/

### FINAL ORDER OF DISMISSAL AND
### ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement **(D.E. 38)**, filed on **November 4, 2024**. It is **ADJUDGED** that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement.

It is further **ADJUDGED** that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of November 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record